IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KENNETH RUSLIN,**

    **Plaintiff,**

**vs.**

    Case No.: 2:19-cv-4276
    **JUDGE GEORGE C. SMITH**
    **Magistrate Judge Vascura**

**ARROW ELECTRONICS,**

    **Defendant.**

## ORDER

On January 21, 2020, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this case be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. (Doc. 13). Plaintiff was cautioned that failure to comply with the Show Cause Order would result in dismissal of his case, and to date, he has failed to respond. The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This case is hereby dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk shall remove Document 13 from the Court's pending motions list and close this case.

    **IT IS SO ORDERED**.

    */s/ George C. Smith*
    **GEORGE C. SMITH, JUDGE**
    **UNITED STATES DISTRICT COURT**